IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____D.C.

05 DEC 19 PM 4:28

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Cr. No. 05-10099 |
| v. ) | |
| ANTONIO DEON TRICE, ) | |
| Defendant. ) | |

## MOTION TO SEAL INDICTMENT

Comes now, the United States of American, by and through Larry Laurenzi, Acting United States Attorney, and Jerry R. Kitchen, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, and would move the Court to seal the indictment in the above-styled cause until such time as the United States Attorney's Office has notified the District Court Clerk that the defendant in this matter has been apprehended.

**MOTION GRANTED**
DATE: December 20, 2005
S. Thomas Anderson
**S. Thomas Anderson**
**U.S. Magistrate Judge**

Respectfully submitted,

LARRY LAURENZI
Acting United States Attorney

Jerry R. Kitchen
JERRY R. KITCHEN
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee 38301
(731) 422-6220

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10099 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT